# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## DALLAS DIVISION

| | |
|---|---|
| SAVANNAH LICENSING, LLLC,<br><br>Plaintiff,<br><br>v.<br><br>BROADRIDGE FINANCIAL SOLUTIONS INC.,<br><br>Defendant. | Civil Action No.: 3:22-cv-01180-B<br><br>TRIAL BY JURY DEMANDED |

## JOINT STIPULATION TO DISMISS

Now comes Plaintiff, Savannah Licensing LLC and Defendant, Broadridge Financial Solutions Inc., by and through their counsel, pursuant to Fed. R. Civ. P 41(a)(2), hereby jointly stipulate and agree as follows:

Plaintiff voluntarily dismisses all of the claims asserted against Defendant Broadridge Financial Solutions Inc. in the within action With Prejudice with each party bearing their own costs and fees.

Defendant voluntarily dismisses all of its counterclaims asserted against Plaintiff Savannah Licensing LLC in the within action Without Prejudice with each party bearing their own costs and fees.

Dated: September 30, 2022

| | |
|---|---|
| CHONG LAW FIRM PA | */s/ Eric H. Findlay* |
| | Eric H. Findlay |
| */s/ Papool S. Chaudhari* | TX Bar No. 00789886 |
| Jimmy Chong (#4839) (admitted pro hac vice) | R. Brian Craft |
| | TX Bar No. 04972020 |
| 2961 Centerville Road, Suite 350 | FINDLAY CRAFT, P.C. |
| Wilmington, DE 19808 | 102 N. College Ave., Ste. 900 |
| Telephone: (302) 999-9480 | Tyler, TX 75702 |
| Facsimile: (302) 800-1999 | (903) 534-1100 |
| Email: patent@chonglawfirm.com | (903) 534-1100 Fax |
| | efindlay@findlaycraft.com |
| Together with: | bcraft@findlaycraft.com |
| | |
| Papool S. Chaudhari | Clement Seth Roberts |
| PRA Law | (California State Bar No. 209203) |
| State Bar No. 24076978 | (pro hac vice) |
| 2800 Bartons Bluff Lane #1902 | Isaac Sawlih Behnawa |
| Austin, TX 78746 | (California State Bar No. 342441) |
| (214) 702-1150 | (pro hac vice) |
| papool@pralawllc.com | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| ATTORNEYS FOR PLAINTIFF | San Francisco, CA 94105-2669 |
| | Telephone: (415) 773-5700 |
| | Email: croberts@orrick.com |
| | Email: ibehnawa@orrick.com |
| | |
| | Bas de Blank |
| | (California State Bar No. 191487) |
| | (pro hac vice) |
| | Orrick, Herrington & Sutcliffe LLP |
| | 1000 Marsh Road |
| | Menlo Park, CA 94205 |
| | Telephone: 650-614-7400 |
| | Email: basdeblank@orrick.com |
| | |
| | Attorneys for Defendant |
| | Broadridge Financial Solutions, Inc. |

## CERTIFICATE OF SERVICE

I, Papool Chaudhari certify that on September 30, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Papool Chaudhari*

                                                Papool Chaudhari